No. 10346. STATE OF MONTANA, on Relation of MIDLAND PRODUCTION CREDIT ASSOCIATION, a Corporation, RELATOR, v. THE DISTRICT COURT OF THE THIR-

TEENTH JUDICIAL DISTRICT of the State of Montana, in and for the COUNTY OF TREASURE, the Honorable E. E. Fenton, Judge of the Thirteenth Judicial District, Judge Presiding, RESPONDENTS.

Submitted and Decided September 27, 1961.

374 P.2d 110.

PER CURIAM.

The petition for writ of supervisory control is denied and the proceeding is dismissed.